# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162944(39)

CINDY BRAXTON,
   Plaintiff-Appellant,

v

BEAUMONT HEALTH TROY, WILLIAM
BEAUMONT HOSPITAL, and SARA A.
MOOSA,
   Defendants-Appellees.
_____/

SC: 162944
COA: 351397
Oakland CC: 2018-168673-NO

   On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before June 17, 2021.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2021



Clerk